982 A.2d 1218

**Maher S. Ahmed MOHAMED, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF MOTOR VEHICLES, Respondent.**

Supreme Court of Pennsylvania.

Oct. 16, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 16th day of October, 2009, the Petition for Allowance of Appeal from the interlocutory order of the Commonwealth Court, dated May 4, 2009, is **GRANTED.** We

assume plenary jurisdiction over Petitioner's appeal as a *sua sponte* exercise of our extraordinary jurisdiction. 42 Pa.C.S. § 726; *Vaccone v. Syken,* 587 Pa. 380, 899 A.2d 1103, 1108 (2006). The issue on appeal, consolidated and rephrased for clarity, is:

Whether the Commonwealth Court erred in holding that it lacked subject matter jurisdiction over Petitioner's request for relief under 42 Pa.C.S. § 933(a) and transferring the matter to the court of common pleas?